TROVAN, LTD., Algernon Promotions, Inc., and Electronic Identification Devices, Ltd., Plaintiffs/Counterclaim Defendants–Appellants,

and

Joseph Masin, Counterclaim Defendant,

v.

Sokymat SA and Ake Gustafson, Defendants/Counterclaimants–Appellees,

and

Irori, Defendant–Appellee.

No. 03–1388.

United States Court of Appeals, Federal Circuit.

DECIDED: Dec. 3, 2003.

Before MICHEL, LOURIE and LINN, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.